1 McGREGOR W. SCOTT
United States Attorney
2 ADRIAN T. KINSELLA
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**
Sep 18, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6 Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | ORDER TO UNSEAL SEARCH WARRANTS; |
| 2563 CHUCK YEAGER CIRCLE, SACRAMENTO, CA 95834 | 2:20-SW-0821-CKD |
| 2120 QUAIL RANCH COURT, ELVERTA, CA 95626 | 2:20-SW-0822-CKD |
| 8549 BRISENBOURG WAY, ANTELOPE, CA 95843 | 2:20-SW-0823-CKD |
| WHITE DODGE CHARGER, WITH CALIFORNIA LICENSE PLATE 8JZZ121 AND VIN # 2C3CDXBG0FH840616 | 2:20-SW-0824-CKD |
| 2019 BLUE TESLA, WITH CALIFORNIA LICENSE PLATE 8KPN085 AND VIN #5YJ3E1EA6KF306064 | 2:20-SW-0825-CKD |
| 2011 BLACK CADILLAC ESCALADE, WITH CALIFORNIA LICENSE PLATE 7LET766 AND VIN # 1GYS3CEF8BR201233 | 2:20-SW-0826-CKD |
| 2003 BLACK INFINITY, WITH CALIFORNIA LICENSE PLATE 5HGL992 AND VIN # JNKAY41E83M003481 | 2:20-SW-0827-CKD |
| 2001 BLACK CHEVY CAMARO, WITH CALIFORNIA LICENSE PLATE 8DDN599 AND VIN # 2G1FP22G012125326 | 2:20-SW-0828-CKD |

[Proposed] Order to Unseal Search Warrants

| | |
|---|---|
| 2007 BLUE CHEVY TAHOE, WITH CALIFORNIA LICENSE PLATE 8DVW037 AND VIN # 1GNFK13057R358147 | 2:20-SW-0829-CKD |

### ORDER TO UNSEAL

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be unsealed.

Dated: 9/18/2020

_____
Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS